IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY ZAVALA,

    Plaintiff,

v.

Case No. 18-cv-331-jdp

JOLINDA WATERMAN, DANIEL WINKLESKI, MARK KARTMAN, CARRIE SUTTER, BRIAN KOOL, SONYA ANDERSON, SANDRA MCARDLE AND LORI ALSUM,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                4/23/2019

Peter Oppeneer, Clerk of Court           Date