IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY ZAVALA,
    Plaintiff,

CASE NO.: 18-cv-331-jdp

V.

JOLINDA WATERMAN, DANIEL WINKLESKI,
MARK KARTMAN, CARRIE SUTTER, BRIAN KOOL,
SONYA ANDERSON, SANDRA MCARDLE, and
LORI ALSUM,
    Defendants.

NOTICE OF APPEAL

## I.

COMES NOW Plaintiff Jimmy ZAVALA pro se and files his Notice of Appeal. Notice is hereby given that plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 7th Circuit from the final judgment entered in this action on the 23 day of April, 2019.

## II.

Pursuant to U.S.C.S Fed. Rules. Civ. Proc. R. 5(d) Filing. (B) Certificate of Service. No Certificate of Service is required when a paper is served by filing it with the Court's electronic-filing system. And USCS Fed. Rules. App. Proc. R. 3(c)(1)., Fed. R. Civ. P. 83(a)(2).

Plaintiff Jimmy Zavala, Files this Notice of Appeal and expects his Motion be Granted by the United States Constitution.

May 6, 2019
Dated

Jimmy ZAVALA #574462
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805